IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| STEPHEN WALKER, ) | |
| ID # 1417300, ) | |
| Plaintiff, ) | |
| vs. ) | No. 3:14-CV-3797-K |
| ) | |
| MANAGEMENT & TRAINING ) | |
| CORPORATION, et al., ) | |
| Defendant. ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's *Application to Proceed In Forma Pauperis*, received October 23, 2014 (doc. 8), is **DENIED**.  By separate judgment, this action will be summarily dismissed as barred by 28 U.S.C. § 1915(g).

SO ORDERED.

Signed December 1st, 2014.

_Ed Kinkeade_
ED KINKEADE
UNITED STATES DISTRICT JUDGE